UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIKO OKI , <br><br> Plaintiff(s), <br><br> v. <br><br> TRANSUNION LLC, et al. , <br><br> Defendant(s). | Case No. 4:25-cv-08070-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Irina N. Kashcheyeva, an active member in good standing of the bar of the State of Michigan, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Def. Maximus Education, LLC in the above-entitled action. My local co-counsel in this case is Evan L. Hamling, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 339578.

500 Woodward Avenue, Suite 2700
Detroit, MI 48226
MY ADDRESS OF RECORD

55 Spear Street Tower, Suite 1900
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(313) 234-7170
MY TELEPHONE # OF RECORD

(415) 438-6425
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ikashcheyeva@foley.com
MY EMAIL ADDRESS OF RECORD

ehamling@foley.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P72575.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/25/2025

Irina N. Kashcheyeva
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Irina N. Kashcheyeva is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/26/2025

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Irina N. Kashcheyeva, P72575 of Detroit, Michigan is an active member of the State Bar of Michigan in good standing.

Irina N. Kashcheyeva was admitted to practice in Michigan on March 06, 2009 in Wayne County and became a member of the State Bar of Michigan on April 02, 2009.



Peter W. Cunningham, Executive Director
June 26, 2025