SAIKO OKI
P.O. Box 37
Point Reyes Station, CA 94956
Telephone: (415) 328-9684
Email: saikookilac@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIKO OKI,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC;  WELLS FARGO BANK, NATIONAL ASSOCIATION; REDWOOD CREDIT UNION; MAXIMUS EDUCATION, LLC dba AIDVANTAGE; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA),<br><br>Defendants. | Case No. **4:25-cv-08070-HSG**<br><br><br>PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.) |

**[PROPOSED] ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Saiko Oki ("Plaintiff"), appearing pro se, has filed a First Amended Complaint pursuant to the Court's December 23, 2025, Order granting Defendants' motions to dismiss with leave to amend.

1

Having considered the filing, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's First Amended Complaint is deemed timely filed pursuant to the Court's December 23, 2025, Order.

2.  The First Amended Complaint supersedes the original Complaint in its entirety.

3.  Defendants shall respond to the First Amended Complaint in accordance with the Federal Rules of Civil Procedure.

4.  The currently scheduled Case Management Conference and Rule 26 obligations shall proceed unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: _____

_____
HON. HAYWOOD S. GILLIAM, JR.
Judge of the United State District Court,
Northern District of California