1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

SAIKO OKI,

8

Plaintiff,

9

v.

10

TRANSUNION LLC, et al.,

11

Defendants.

Case No.  25-cv-08070-HSG

**SCHEDULING ORDER**

12
13

Having considered the parties' proposals, *see* Dkt. No. 66, the Court **SETS** the following

14

deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

15
16

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 16, 2026 |
| Close of Fact Discovery | June 12, 2026 |
| Exchange of Opening Expert Reports | June 29, 2026 |
| Exchange of Rebuttal Expert Reports | July 14, 2026 |
| Close of Expert Discovery | July 29, 2026 |
| Dispositive Motion Hearing Deadline | September 10, 2026, at 2:00 p.m. |
| Pretrial Conference | January 12, 2027, at 3:00 p.m. |
| Jury Trial (3 days) | January 25, 2027, at 8:30 a.m. |

23

These dates may only be altered by order of the Court and only upon a showing of good

24

cause.  The parties are directed to review and comply with this Court's standing orders.  The

25

parties are also **DIRECTED** to file by January 20, 2026, the standard ADR form, Stipulation and

26

Proposed Order Selecting ADR Process choosing panel mediation, since all parties appear

27

amenable to that form of ADR.  This order **VACATES** the case management conference set for

28

United States District Court
Northern District of California

1    January 13, 2026.

2        **IT IS SO ORDERED.**

3    Dated:    1/12/2026

4                                    HAYWOOD S. GILLIAM, JR.

5                                    United States District Judge