**THOMPSON COBURN LLP**
**LUKAS SOSNICKI, CSB 295895**
lsosnicki@thompsoncoburn.com
**VIVIANA BOERO HEDRICK, CSB 239359**
vhedrick@thompsoncoburn.com
10100 Santa Monica Blvd., Suite 500
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIKO OKI,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK NATIONAL ASSOCIATION; REDWOOD CREDIT UNION; MAXIMUS EDUCATION, LLC d/b/a AIDVANTAGE; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA),<br><br>  Defendants. | CASE NO. 4:25-cv-08070-HSG<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom 2<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed: September 23, 2025<br><br>First Amended Complaint filed: December 31, 2025<br><br>Current Response date to FAC: January 14, 2026<br><br>New Response date to FAC: January 28, 2026 |

**ORDER**

Based on the Stipulation entered by and between Defendant Higher Education Loan Authority of the State Of Missouri ("MOHELA") and Plaintiff Saiko Oki ("Plaintiff") to Extend Time for MOHELA to Respond to Plaintiff's First Amended Complaint ("FAC") and good cause appearing therefore, **IT IS HEREBY ORDERED** that MOHELA's current January 14, 2026 deadline to respond to the FAC is continued by fourteen days (14) days up to and including January 28, 2026.

**IT IS SO ORDERED.**

DATED: 1/14/2026

_____
Hon. Haywood S. Gilliam, Jr.