UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Saiko Oki

Plaintiff(s)

v.

Transunion LLC, et al.

Defendant(s)

CASE No C  4:25-cv-08070-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☑ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: 1/23/26

Date: 1/23/26

Saiko Oki (with consent)
Attorney for Plaintiff
Jason S. Roberts
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   1/23/2026

*Haywood S. Gilliam, Jr.*
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

Attachment to Stipulation and [Proposed] Order Selecting ADR Process

Saiki Oki v. Transunion, LLC, et al.


Date:  1/23/26            /s/ Heather C. Smith (with consent)
                          Attorney for Defendant Experian Information Solutions,
                          Inc.


Date:  1/23/26            /s/ Thomas P. Quinn, Jr. (with consent)
                          Attorney for Defendant Equifax Information Services LLC


Date:  1/23/26            /s/ Rebecca S. Saelao (with consent)
                          Attorney for Defendant Wells Fargo Bank, National
                          Association


Date:  1/23/26            /s/ Jeff Hosking (with consent)
                          Attorney for Defendant Redwood Credit Union


Date:  1/23/26            /s/ Irina N. Kashcheyeva (with consent)
                          Attorney for Defendant Maximus Education, LLC d/b/a
                          Aidvantage


Date:  1/23/26            /s/ Viviana B. Hedrick (with consent)
                          Attorney for Defendant Higher Education Loan Authority
                          of the State of Missouri (Mohela)