# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

SAIKO OKI,

        Plaintiff,

     v.

TRANSUNION LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC,
WELLS FARGO BANK, NATIONAL
ASSOCIATION, REDWOOD CREDIT
UNION, MAXIMUS EDUCATION, LLC d/b/a
AIDVANTAGE, and HIGHER EDUCATION
LOAN AUTHORITY OF THE STATE OF
MISSOURI

        Defendants.

Case No. 4:25-cv-08070-HSG

ORDER GRANTING STIPULATION OF
DISMISSAL OF EXPERIAN
INFORMATION SOLUTIONS, INC. WITH
PREJUDICE

- 1 -
**ORDER GRANTING DISMISSAL OF EXPERIAN**

Having reviewed the Stipulation of Dismissal of Plaintiff Saiko Oki ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Defendant Experian Information Solutions, Inc. is dismissed with Prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures.

IT IS SO ORDERED.

Dated: 3/12/2026

Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER GRANTING DISMISSAL OF EXPERIAN