**THOMPSON COBURN LLP**
**LUKAS SOSNICKI, CSB 295895**
**lsosnicki@thompsoncoburn.com**
**VIVIANA BOERO HEDRICK, CSB 239359**
**vhedrick@thompsoncoburn.com**
**10100 Santa Monica Blvd., Suite 500**
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

Attorneys for HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF MISSOURI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SAIKO OKI,<br><br>             Plaintiff,<br><br>        v.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK NATIONAL ASSOCIATION; REDWOOD CREDIT UNION; MAXIMUS EDUCATION, LLC d/b/a AIDVANTAGE; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA),<br><br>             Defendants. | CASE NO. 25-cv-08070-HSG<br><br>The Hon. Haywood S. Gilliam, Jr. Courtroom 2<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI WITH PREJUDICE**<br><br>Trial Date:      Not Set |

Case No. 25-cv-08070-HSG

ORDER GRANTING STIPULATION OF DISMISSAL OF HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF MISSOURI WITH PREJUDICE

201020680

Having reviewed the Stipulation of Dismissal of Plaintiff Saiko Oki ("Plaintiff") and Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA"), and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Defendant MOHELA is dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED:  4/3/2026

_____
*The Honorable Haywood S. Gilliam, Jr.*

2                                   Case No. 25-cv-08070-HSG

ORDER GRANTING STIPULATION OF DISMISSAL OF HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF MISSOURI WITH PREJUDICE

201020680