SAIKO OKI
P.O. Box 37
Point Reyes Station, CA 94956
Telephone: (415) 328-9684
Email: saikookilac@gmail.com
Plaintiff, Pro Se


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| SAIKO OKI,<br><br>          Plaintiff,<br><br>          v.<br><br>TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC;  WELLS FARGO BANK, NATIONAL ASSOCIATION; REDWOOD CREDIT UNION; MAXIMUS EDUCATION, LLC dba AIDVANTAGE; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA),<br><br>          Defendants. | Case No. **4:25-cv-08070-HSG**<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF WELLS FARGO BANK, NATIONAL ASSOCIATION WITH PREJUDICE<br><br><br>Action Filed: September 23, 2025<br>Trial Date: January 25, 2027 |


Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that all claims against Defendant Wells Fargo Bank, National

Association are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

1

Dated:  4/14/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge