JEFFREY D HOSKING, SBN 163975
jdh@mhfirm.law
**McCAFFERY | HOSKING LLP**
1575 Treat Blvd., Suite 101
Walnut Creek, CA 94598
Telephone:    510/610-7981

Attorneys for Defendant
REDWOOD CREDIT UNION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIKO OKI,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; WELLS FARGO BANK, NATIONAL ASSOCIATION; REDWOOD CREDIT UNION; MAXIMUS EDUCATION, LLC d/b/a AIDVANTAGE; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA),<br><br>Defendants. | Case No. 25-cv-08070-HSG<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT REDWOOD CREDIT UNION**<br><br>Action Filed:  September 23, 2025<br>Trial Date:     January 25, 2027 |

Having reviewed the Stipulation of Dismissal entered into between Plaintiff Saiko Oki ("Plaintiff") and Defendant Redwood Credit Union ("RCU"), and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Defendant RCU is dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED 4/15/2026

_Haywood S. Gilliam Jr._

The Honorable Haywood S. Gilliam, Jr.