IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIKO OKI, | Case No. 4:25-cv-08070-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE** |
| v. | |
| TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, REDWOOD CREDIT UNION, MAXIMUS EDUCATION, LLC d/b/a AIDVANTAGE, HIGHER EDUCTION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA), | |
| Defendants. | |

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

ORDER GRANTING
STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
4:25-CV-08070-HSG

Having reviewed the Stipulation of Dismissal of Plaintiff Saiko Oki ("Plaintiff") and Defendant Maximus Education, LLC d/b/a Aidvantage ("Aidvantage"), and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Defendant Aidvantage is dismissed without prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:    4/20/2026

_____
*The Honorable Haywood S. Gilliam, Jr.*

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
4:25-CV-08070-HSG

- 2 -