IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAIKO OKI,

Plaintiff,

v.

TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAC INFORMATION SERVICES LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION, REDWOOD CREDIT UNION, MAXIMUS EDUCATION, LLC d/b/a AIDVANTAGE, HIGHER EDUCTION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA),

Defendants.

Case No. 4:25-cv-08070-HSG

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE**

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE
4:25-CV-08070-HSG

- 1 -

Having reviewed the Stipulation of Dismissal of Plaintiff Saiko Oki ("Plaintiff") and Defendant Maximus Education, LLC d/b/a Aidvantage ("Aidvantage"), and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Defendant Aidvantage is dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  5/5/2026

_____
*The Honorable Haywood S. Gilliam, Jr.*

FOLEY & LARDNER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE
4:25-CV-08070-HSG